# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3225
LT Case No. 2020-CF-005213-A

_____

ANJUAN J. EVERETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Peter Matthew Brigham, Judge.

Anjuan J. Everett, Carrabelle, pro se.

No Appearance for Appellee.

March 31, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____